UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| CARL A. SIMMONS, | : | VIOLATION: |
| | : | 18 U.S.C. § 875(c) |
| | : | (Transmitting Threats in Interstate |
| Defendant. | : | Commerce) |

## INDICTMENT

Case: 1:19-cr-00041
Assigned To : Judge Jackson, Ketanji Brown
Assign. Date : 2/7/2019
Description: INDICTMENT (B)

The Grand Jury charges that:

### COUNT ONE

On or about December 4, 2018, within the District of Columbia, **CARL A. SIMMONS** knowingly did transmit in interstate commerce a communication, and the communication contained a threat to injure the person or another, namely, individuals working for the Washington, D.C. Metropolitan Police Department and the federal government, with knowledge that the communication would be viewed as a threat.

(**Transmitting Threats in Interstate Commerce**, in violation of Title 18, United States Code, Section 875(c))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu*

Attorney of the United States in
and for the District of Columbia.